## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO.   3:08mj371/MD

STEPHANIE J. FROMAN

### REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   January 23, 2009
Type of Motion/Pleading: Motion for Order of Dismissal
Filed by: USA               on 1/23/09     Document   10
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
    _____ on _____ Doc.# _____
    _____ on _____ Doc.# _____

                                  WILLIAM M. McCOOL, CLERK OF COURT

                                  /s/ Joanne Ahr
                                  Deputy Clerk: Joanne Ahr

### ORDER

Upon consideration of the foregoing, it is ORDERED this 23rd day of January, 2009, that:

(a)  The requested relief is GRANTED.
(b)  _____

                                  /s/ Miles Davis
                                  MILES DAVIS
                                  UNITED STATES MAGISTRATE JUDGE

Entered On Docket:  1-23-09  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) &55 FRCRP
Copies sent to: Hendrix, Swain

                              Document No.